OSCN Found Document:SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2015 OK 10
Decided: 03/02/2015
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2015 OK 10, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

 

RE: Suspension of Certificates of Certified Shorthand Reporters

ORDER

The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma the suspension of the certificate of each of the Oklahoma Certified Shorthand Court Reporters listed on the attached Exhibit for failure to comply with the continuing education requirements for calendar year 2014 and/or with the annual certificate renewal requirements for 2015.

Pursuant to 20 O.S., Chapter 20, App. 1, Rule 20(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date. Pursuant to 20 O.S., Chapter 20, App. 1, Rule 23(d), failure to satisfy the continuing education reporting requirements on or before February 15 shall result in administrative suspension on that date.

IT IS THEREFORE ORDERED that the certificate of each of the court reporters named on the attached Exhibit is hereby suspended effective February 15, 2015.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 2ND day of March, 2015.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

 

Exhibit

 
 
 
 Name
 
 
 CSR #
 
 
 Reason
 
 
 
 
 Jennifer L. Adams
 
 
 1936
 
 
 Continuing Education
 
 
 
 
 Lisa D. Carpenter
 
 
 1758
 
 
 Continuing Education and Renewal Fee
 
 
 
 
 Laurie Johnson
 
 
 1437
 
 
 Continuing Education and Renewal Fee
 
 
 
 
 Kristin C. Randall
 
 
 1784
 
 
 Continuing Education and Renewal Fee
 
 
 
 
 Deanna Szurgot
 
 
 1665
 
 
 Continuing Education and Renewal Fee
 
 
 
 
 Krista L. Wagner
 
 
 1870
 
 
 Continuing Education and Renewal Fee
 
 
 

 

 

 

 





 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.